IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **CONCILIO FUENTE DE AGUA VIVA, INC** <br><br> Plaintiff, <br><br> v. <br><br> **EDWIN LEMUEL ORTIZ HERNANDEZ, MARIA DEL CARMEN ARROYO PANTOJAS, ET AL.** <br><br> Defendants. | **Case No. 1:24-CV-20354-DPG** |

## NOTICE OF APPEARANCE

The undersigned attorney hereby enters his notice of appearance as counsel on behalf of defendant, Edwin Lemuel Ortiz-Hernandez, in the above-styled cause. Any and all papers and pleadings filed in this action should be mailed or emailed to the undersigned attorney.

**RESPECTFULLY SUBMITTED,** on this 30th day of January 2024.

> **DMR LAW LLC**
> *Attorneys for Defendant*
> 1430 South Dixie Hwy.
> Ste. 314
> Miami, Florida 33146
> Telephone: (305) 548-8666
> Email: j.ramos@dmrpr.com
>
> By: /s/ Juan C. Ramos-Rosado
>
> **Juan C. Ramos-Rosado, Esq.**
> Florida Bar No. 1002562

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of January 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/EF. I also certify that the foregoing document is being served on this day to all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notice of Electronic Filing,

By: /s/ Juan C. Ramos-Rosado
**Juan C. Ramos-Rosado, Esq.**
Florida Bar No. 1002562
